No. 04–905. VOLVO TRUCKS NORTH AMERICA, INC. *v.* REEDER-SIMCO GMC, INC. C. A. 8th Cir. [Certiorari granted, 544 U. S. 903.] Motion of the Solicitor General for leave to partic-

ipate in oral argument as *amicus curiae* and for divided argument granted.